1  E. BRENT BRYSON, ESQ.
   Nevada Bar No. 4933
2  E. BRENT BRYSON P.C.
   2775 S. Rainbow Blvd., Suite 102
3  Las Vegas, Nevada 89146
   702-364-1234 Telephone
4  702-364-1442 Facsimile

5  Attorney for Plaintiffs

6

                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9

   SUSANNE ZEIGLER, individually, and as Special )   Case No. 2:12-cv-01082-KJD-PAL
10 Co-Administrator of the Estate of FRANCESCO     )
   SANFILIPPO, and ALEXANDER M. MAZZOLA, )
11 as Special Co-Administrator of the Estate of        )
   FRANCESCO SANFILIPPO,                              )
12                                                        )
                    Plaintiffs,                          )
13                                                        )
   vs.                                                   )
14                                                        )
   LAS VEGAS METROPOLITAN POLICE              )
15 DEPARTMENT; CARL GUILFORD; individually, )
   NAPHCARE, INC., an Alabama corporation        )
16 qualified to do business in the State of Nevada;    )
   DOE OFFICERS 1-X, individually and in their     )
17 official capacity; DOE HEALTH CARE             )
   PROVIDERS I-X, individually believed to be       )
18 employees of Naphcare, Inc; and DOES XI-XX,    )
   inclusive,                                            )
19                                                        )
                    Defendants.                          )
20 _____ )

21                **STIPULATION AND ORDER TO DISMISS**

22       COMES NOW Plaintiffs, Susanne Zeigler, individually, and Susanne Zeigler and

23 Alexander M. Mazzola, as Co-Special Administrators of the Estate of Francesco Sanfilippo,  by

24 and through their attorney E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, P.C.,

25 Seetal N. Tejura, Esq., and Thomas D. Dillard, Esq. on behalf of Defendants and files their

26 Stipulation and Order to Dismiss.

27 \ \ \

28 \ \ \

1    IT IS HEREBY STIPULATED by and between the parties that the instant case, case no.

2  2:12-cv-01082-KJD-PAL is hereby dismissed with prejudice, each party to bear their own

3  attorney fees and costs.

4    IT IS FURTHER STIPULATED that this dismissal does not constitute a dismissal under

5  FRCP 41(a)(1)(B).

6    DATED this 4th day of February, 2013.

7  E.  BRENT BRYSON, P.C.                    ALVERSON, TAYLOR, MORTENSEN &
                                             SANDERS
8

9  By   /s/ E. Brent Bryson                  By  /s/ Seetal N. Tejura
       E. BRENT BRYSON, ESQ.                     SEETAL N. TEJURA, ESQ.
10      2775 S. Rainbow Blvd., Suite 102        7401 W. Charleston Blvd.
       Las Vegas, Nevada 89146                  Las Vegas, Nevada 89117
11      Attorney for Plaintiffs                  Attorney for Naphcare

12  OLSON, CANNON, GORMLEY
    ANGULO & STOBERSKI
13

14

    By   /s/ Thomas D. Dillard
15      THOMAS D. DILLARD, ESQ.
       9950 Cheyenne Avenue
16      Las Vegas, Nevada 89129
       Attorney for LVMPD
17
                              **ORDER**
18
       IT IS SO ORDERED this   7   day of February, 2013.
19

20
                              _____
21                            UNITED STATES DISTRICT JUDGE

    Submitted by:
22
    E. BRENT BRYSON, P.C.
23

24

    By   /s/ E. Brent Bryson
25      E. BRENT BRYSON, ESQ.
       2775 S. Rainbow Blvd., Suite 102
26      Las Vegas, Nevada 89146

27

28

                              2